IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB - 2 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY, § | | |
| PLAINTIFF § | | |
| § | | |
| VS. § | NO. C-00-023 | |
| § | | |
| § | | |
| WAGNER'S CARNIVAL, § | | |
| ALBERT WAYNE WAGNER, § | | |
| DENISE HALEY WAGNER § | | |
| INDIVIDUALLY AND D/B/A WAGNER'S § | JURY TRIAL DEMANDED | |
| CARNIVAL AND JASON WAGNER, § | | |
| DEFENDANTS § | | |

## CERTIFICATE OF INTERESTED PARTIES

1. T.H.E. Insurance Company
   10451 Gulf Boulevard
   Treasure Island, FL 33706

2. Wagner's Carnival
   Albert Wayne Wagner, Individually and d/b/a Wagner's Carnival
   Denis Haley Wagner, Individually and d/b/a Wagner's Carnival
   Jason Wagner
   1240 North McCampbell Road
   Aransas Pass, Texas  78336

G:\07250\5148\certificate listing all parties.wpd

3.

Respectfully submitted,

BURCK, LAPIDUS & LANZA, P.C.

By: _____

GEORGE T. JACKSON
TBA # 10466950
ATTORNEY IN CHARGE
H. MARK BURCK
TBA # 03362700
5177 Richmond, Suite 850
Houston, Texas 77056
(713) 400-6000
(713) 622-8054 (Fax)
ATTORNEY FOR PLAINTIFF,
T.H.E. INSURANCE COMPANY

G:\07250\5148\certificate listing all parties.wpd