IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY<br>    PLAINTIFF | § § § | |
| VS. | § § | NO. C-00-023 |
| WAGNER'S CARNIVAL, ALBERT WAYNE WAGNER, DENISE HALEY WAGNER, INDIVIDUALLY AND D/B/A WAGNER'S CARNIVAL AND JASON WAGNER,<br>    DEFENDANTS | § § § § § | |

### CERTIFICATE OF INTERESTED PERSONS OF WAGNER'S CARNIVAL, ALBERT WAYNE WAGNER, DENISE HALEY WAGNER, INDIVIDUALLY AND D/B/A WAGNER'S CARNIVAL AND JASON WAGNER

COMES NOW Defendants, Wagner's Carnival, Albert Wayne Wagner, Denise Haley Wagner, individually and d/b/a Wagner's Carnival and Jason Wagner, and pursuant to the Order for Conference and Disclosure of Interested Parties, paragraph 2, files this its Certificate listing all persons that are financially interested in the outcome of this litigation, and in support thereof would show unto the Court the following:

1. Wagner's Carnival.
2. Albert Wayne Wagner
3. Denise Haley Wagner
4. Jason Wagner
5. C. M. Henkel III

Respectfully submitted,

FRITZ BYRNE & HEAD, L.L.P.
Attorneys at Law
500 North Shoreline, Suite 800
Corpus Christi, Texas 78471
Telephone: 361/883-1500
Telecopier: 361/888-9149

BY: _____
C. M. HENKEL III
State Bar No. 09463000
Federal ID No. 4400

## CERTIFICATE OF SERVICE

    I, C. M. Henkel III, attorney for Defendants, certify that a true and correct copy of the foregoing document was served on George T. Jackson, Burck, Lapidus & Lanza, P.C., 5177 Richmond, Suite 850, Houston, Texas 77056, attorney of record for Plaintiff, by certified mail, return receipt requested, on this the 17 day of February, 2000.

                                                    C. M. HENKEL III