# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Melissa Hopper

**U.S.C.S.O.:** Betty Amerson

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

FEB 23 2000

MICHAEL N. MILBY, CLERK

**DATE:** February 23, 2000   **OPEN:** 1:15 pm   **ADJOURN:** 1:21 pm

**TAPE:** # 2

**CIVIL ACTION NUMBER:** C-00-23

T.H.E. Insurance Company       **COUNSEL:** George T. Jackson

VS.

Wagner's Carnival, et al       **COUNSEL:** Claude M. Henkel, III

(✓) IPTC: Case called. Appearances made. Discussion of case matters. Court signs scheduling order and general order. Court signs order for referral to mediation. Discussion of discovery issues.

*[signature]*