IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 28 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY, § | | |
| PLAINTIFF § | | |
| § | | |
| VS. § | NO. C-00-023 | |
| § | | |
| § | | |
| WAGNER'S CARNIVAL, § | | |
| ALBERT WAYNE WAGNER, § | | |
| DENISE HALEY WAGNER § | | |
| INDIVIDUALLY AND D/B/A WAGNER'S § | JURY TRIAL DEMANDED | |
| CARNIVAL AND JASON WAGNER, § | | |
| DEFENDANTS § | | |

### PLAINTIFF, T.H.E. INSURANCE COMPANY'S ORIGINAL ANSWER TO DEFENDANT/COUNTER-PLAINTIFF'S COUNTER-CLAIM

TO THE COURT:

T.H.E. INSURANCE COMPANY ("T.H.E."), Plaintiff, responds and answers the counter-claim made by the Defendants to this cause of action as follows:

1.      Plaintiff and Counter-Defendant denies that Defendants/Counter-Plaintiff's are entitled to recover the relief sought in paragraph No. 18 of Defendants/Counter-Plaintiff's Original Answer and Counterclaim.

### PRAYER

2.      T.H.E. prays that after trial of this matter or after dispositive motion, that T.H.E. receive the relief previously requested in the original complaint filed by T.H.E. T.H.E. further prays that Defendants/Counter-Plaintiffs take nothing by reason of this suit, and that they be discharged with

costs of court to be taxed against Defendants/Counter-Plaintiffs. T.H.E. further prays for any other relief, general or special, at law or in equity, to which it may show itself entitled.

Respectfully submitted,

BURCK, LAPIDUS & LANZA, P.C.

By:_____
GEORGE T. JACKSON
TBA # 10466950
ATTORNEY IN CHARGE
H. MARK BURCK
TBA # 03362700
5177 Richmond, Suite 850
Houston, Texas 77056
(713) 400-6000
(713) 622-8054 (Fax)

ATTORNEY FOR PLAINTIFF,
T.H.E. INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that on February 24, 2000, a true copy of this document has been furnished to counsel of record by certified mail, return receipt requested.

_____
GEORGE T. JACKSON

G:\07250\5148\answer to counter-claim.wpd