UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR - 1 2000
Michael N. Milby, Clerk of Court

13.

T.H.E. Insurance Company            §

VS.                                 §   CIVIL ACTION NO. C-00-23

Wagner's Carnival, et al.           §


ORDER STRIKING PLEADING (S)

The clerk has filed your "Joint Discovery/Case Management Plan"         ; however, it is deficient in the area (s) checked below:

1. __X__ Pleading is not signed. (L.R.2.C) Original signature not provided for counsel for defendants

2. ____ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)

3. ____ Caption of the pleading is incomplete (L.R.3.E)

4. ____ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ____ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ____ Separate proposed order not attached (L.R.6.A.3)

7. ____ Motion to consolidate is not in compliance with L.R.6.G

8. ____ Other: _____
_____
_____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __2-29-00__

Re: D.E. #5/dp

_____
JUDGE PRESIDING