United States District Court
Southern District of Texas
ENTERED

MAR 2 1 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

16.

| | | |
|---|---|---|
| T.H.E. Insurance Company | § | |
| VS. | § | CIVIL ACTION NO. CA-C-00-23 |
| Wagner's Carnival, et al. | § | |

ORDER STRIKING PLEADING (S)

The clerk has filed your "Defendants' Disclosures Pursuant to Rule 26(a)" ;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (L.R.2.C)

2. _x_ Pleading is not in compliance with L.R.2.C.1. (a) thru (e) (No Southern District of Texas Bar Number (L.R.2.C.1.D)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4. ___ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 3-20-00

re: D.E. #15/dp

JUDGE PRESIDING