IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 20 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY, PLAINTIFF | § § § | |
| VS. | § § § | NO. C-00-023 |
| WAGNER'S CARNIVAL, ALBERT WAYNE WAGNER, DENISE HALEY WAGNER INDIVIDUALLY AND D/B/A WAGNER'S CARNIVAL AND JASON WAGNER, DEFENDANTS | § § § § § § | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ORIGINAL COMPLAINT

TO THE COURT:

T.H.E. INSURANCE COMPANY ("T.H.E."), Plaintiff, files this unopposed motion for leave to file a First Amended Original Complaint. In support of its unopposed motion to file a First Amended Original Complaint, T.H.E. would show the Court as follows:

### BACKGROUND

1. Recently, T.H.E. received an amended original petition filed in the underlying lawsuit which forms the basis of the instant declaratory judgment action. As a consequence, T.H.E. now moves this court to allow T.H.E. to file a First Amended Original Complaint. T.H.E. makes this motion not for purposes of delay, but so that justice may be accomplished. Fed. R. Civ. P. 15(a).

2. Counsel for T.H.E. has conferred with counsel for Defendants, and counsel for Defendants is not opposed to this motion or to the filing of the Amended Original Complaint.

17.

## **PRAYER**

3. T.H.E. prays that this court grant leave to T.H.E. to file its First Amended Original Complaint, filed concurrently with this motion. T.H.E. further prays for any other relief, general or special, at law or in equity, to which it may show itself entitled.

Respectfully submitted,

BURCK, LAPIDUS & LANZA, P.C.

By: _____
GEORGE T. JACKSON
TBA # 10466950
ATTORNEY IN CHARGE
H. MARK BURCK
TBA # 03362700
5177 Richmond, Suite 850
Houston, Texas  77056
(713) 400-6000
(713) 622-8054 (Fax)

ATTORNEY FOR PLAINTIFF,
T.H.E. INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY,<br>    PLAINTIFF | § § § | |
| VS. | § § § | NO. C-00-023 |
| WAGNER'S CARNIVAL,<br>ALBERT WAYNE WAGNER,<br>DENISE HALEY WAGNER<br>INDIVIDUALLY AND D/B/A WAGNER'S<br>CARNIVAL AND JASON WAGNER,<br>    DEFENDANTS | § § § § § § | JURY TRIAL DEMANDED |

**ORDER GRANTING LEAVE TO FILE FIRST AMENDED
ORIGINAL COMPLAINT AND ANSWER TO COUNTERCLAIM**

On _____, 2000, the court considered the Unopposed Motion for Leave to File a First Amended Original Complaint filed by Plaintiff, T.H.E. INSURANCE COMPANY. Having considered the motion, this court GRANTS the motion, and grants leave to T.H.E. INSURANCE COMPANY to file its First Amended Original Complaint, which has been submitted concurrently with this Motion for Leave.

The court further ORDERS that the clerk of the court take all necessary steps to ensure that Plaintiff's First Amended Original Complaint, which has been submitted concurrently with this Motion for Leave to File, is duly noted as filed in the records of this court.

Signed on _____, 2000.

_____
UNITED STATES DISTRICT COURT
JUDGE JANIS GRAHAM JACK

APPROVED AS TO FORM AND SUBSTANCE:

BURCK, LAPIDUS & LANZA, P.C.

BY: _____

    George T. Jackson

    TBA # 10466950

        ATTORNEY IN CHARGE

H. Mark Burck

TBA # 03362700

5177 Richmond Ave., Suite 850

Houston, Texas 77056

(713) 400-6000 Telephone

(713) 622-8054 Fax

ATTORNEY FOR PLAINTIFF,
T.H.E. INSURANCE COMPANY