```
                                                          United States District Court
                                                           Southern District of Texas
         IN THE UNITED STATES DISTRICT COURT                      ENTERED
              SOUTHERN DISTRICT OF TEXAS
                CORPUS CHRISTI DIVISION                         MAR 2 4 2000
```

T.H.E. INSURANCE COMPANY, §
    PLAINTIFF §
§ 19.    Michael N. Milby, Clerk of Court
§
VS. § NO. C-00-023
§
§
WAGNER'S CARNIVAL, §
ALBERT WAYNE WAGNER, §
DENISE HALEY WAGNER §
INDIVIDUALLY AND D/B/A WAGNER'S § JURY TRIAL DEMANDED
CARNIVAL AND JASON WAGNER, §
    DEFENDANTS §

## ORDER GRANTING LEAVE TO FILE FIRST AMENDED ORIGINAL COMPLAINT AND ANSWER TO COUNTERCLAIM

On __3-23__, 2000, the court considered the Unopposed Motion for Leave to File a First Amended Original Complaint filed by Plaintiff, T.H.E. INSURANCE COMPANY. Having considered the motion, this court GRANTS the motion, and grants leave to T.H.E. INSURANCE COMPANY to file its First Amended Original Complaint, which has been submitted concurrently with this Motion for Leave.

The court further ORDERS that the clerk of the court take all necessary steps to ensure that Plaintiff's First Amended Original Complaint, which has been submitted concurrently with this Motion for Leave to File, is duly noted as filed in the records of this court.

Signed on __3-23__, 2000.

                                                  UNITED STATES DISTRICT COURT
                                                JUDGE JANIS GRAHAM JACK

-4-

APPROVED AS TO FORM AND SUBSTANCE:

BURCK, LAPIDUS & LANZA, P.C.

BY:_____

George T. Jackson
TBA # 10466950
ATTORNEY IN CHARGE

H. Mark Burck

TBA # 03362700

5177 Richmond Ave., Suite 850

Houston, Texas 77056

(713) 400-6000 Telephone

(713) 622-8054 Fax

ATTORNEY FOR PLAINTIFF,

T.H.E. INSURANCE COMPANY

-4-