United States District Court
Southern District of Texas
FILED

MAR 22 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| T.H.E. INSURANCE COMPANY § | |
|     PLAINTIFF § | |
| § | |
| VS. § | |
| § | NO. C-00-023 |
| § | |
| WAGNER'S CARNIVAL, ALBERT WAYNE § | |
| WAGNER, DENISE HALEY WAGNER, § | |
| INDIVIDUALLY AND D/B/A WAGNER'S § | |
| CARNIVAL AND JASON WAGNER, § | |
| § | |
|     DEFENDANTS § | |

### DEFENDANTS' DISCLOSURES PURSUANT TO RULE 26(a)

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Comes now Wagner's Carnival, Albert Wayne Wagner, Denise Haley Wagner, individually and d/b/a Wagner's Carnival and Jason Wagner, Defendants in the above styled and numbered cause, and provides their disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure as follows:

(1)    *Initial Disclosures:*

(A)    Albert Wagner
P. O. Box 917
Aransas Pass, Texas 78336
(361) 758-0042

Denise Haley Wagner
P. O. Box 917
Aransas Pass, Texas 78336
(361) 758-0042

20.

Jason Wagner
P. O. Box 917
Aransas Pass, Texas 78336
(361) 758-0042

Keith John Laurencis, address and telephone number unknown
c/o Roland B. Darby
1160 Dairy Ashford, Suite 140
Houston, Texas 77079
(281) 558-1300

  Each of the above parties has knowledge of the facts surrounding the employment status of the Plaintiff in the underlying lawsuit.

C. M. Henkel III
Fritz, Byrne & Head L.L.P.
500 N. Shoreline, Suite 800
Corpus Christi, Texas 78471
(361) 883-1500

Has knowledge regarding attorney's fees.

(B) None.

(C) Defendants contend they are entitled to recover reasonable attorney's fees for defending the declaratory judgment action based upon the sum of $195.00 per hour.

(D). None other than the insurance agreement the subject of this lawsuit.

(2) *Disclosure of Expert Testimony.*

(A) C. M. Henkel III
  Fritz, Byrne & Head L.L.P.
  500 N. Shoreline, Suite 800
  Corpus Christi, Texas 78471
  (361) 883-1500

  Will testify that $195.00 per hour is a reasonable and necessary hourly rate for defending the Defendants in this declaratory judgment action. The amount of hours required is unknown but will be provided to counsel for Plaintiff prior to time of trial. Monthly time slips and billings are available for inspection by counsel for Plaintiff.

Respectfully submitted,

FRITZ BYRNE & HEAD, L.L.P.
Attorneys at Law
500 North Shoreline, Suite 800
Corpus Christi, Texas 78471
Telephone: 361.883.1500
Telecopier: 361.888.9149

BY: _____
C. M. HENKEL III
State Bar No. 09463000
Federal ID No. 4400

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Defendants' Disclosures Pursuant to Rule 26(a) has this day been delivered by certified mail by depositing it enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the care and custody of the United States Postal Service, to the following on this the 21st day of March, 2000.

Mr. George T. Jackson
BURCK, LAPIDUS & LANZA, P.C.
5177 Richmond, Suite 850
Houston, Texas 77056

_____
C. M. HENKEL III