IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 3 1 2000
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY | § | |
| | § | |
| V. | § | Civil Action No. C-00-23 |
| | § | |
| WAGNER'S CARNIVAL, ET AL | § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your <u>PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)</u>; however, it is deficient in the area(s) checked below:

(NOTE: "L.R." refers to the Local Rules, Southern District of Texas)

1. ____ Pleading is not signed. (L.R.2.C)
2. ____ Pleading is not in compliance with L.R.2.C.1.(a) through (e).
3. ____ Caption of the pleading is incomplete. (L.R.3.E)
4. ____ No certificate of service, or explanation why service is not required. (L.R.3.G)
5. ____ No statement re conference w/opposing counsel. (L.R.6.A.4)
6. ____ Separate proposed order not attached. (L.R.6.A.3)
7. ____ Motion to consolidate is not in compliance with L.R.6.G.
8. _X_ Other: <u>Copy not provided. (L.R.3.D.)</u>
   <u>Attachments to pleading are discovery materials which are not to be filed with the clerk. (L.R.5.A.)</u>

*Read local rules*

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: 3-31-00

_____
UNITED STATES DISTRICT JUDGE

Rev. 3/94