IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 6 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY,<br>PLAINTIFF | § § § § | |
| VS. | § § § | NO. C-00-023 |
| WAGNER'S CARNIVAL,<br>ALBERT WAYNE WAGNER,<br>DENISE HALEY WAGNER<br>INDIVIDUALLY AND D/B/A WAGNER'S<br>CARNIVAL AND JASON WAGNER,<br>DEFENDANTS | § § § § § § § | JURY TRIAL DEMANDED |

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)

TO THE COURT:

T.H.E. INSURANCE COMPANY ("T.H.E."), Plaintiff, provides this initial disclosure pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

1.

### Initial Disclosures

(A)

    Albert Wagner
    Denise Haley Wagner
    Jason Wagner
    P.O. Box 917
    Aransas Pass, Texas 78336
    (361) 758-0042

23

Keith John Laurencis, address and telephone number unknown
c/o attorney Roland B. Darby
1160 Dairy Ashford, Suite 140
Houston, Texas 77079
(281) 558-1300

C.M. Skip Henkel III
Fritz, Byrne & Head, L.L.P.
500 North Shoreline, Suite 800
Corpus Christi, Texas 78471
(361) 883-1500

Identified by Defendants as having knowledge regarding attorney's fees.

George T. Jackson
Burck, Lapidus & Lanza, P.C.
5177 Richmond Avenue, Suite 800
Houston, Texas 77056
(713) 400-6000

Persons with knowledge of facts regarding attorney's fees.

T.H.E. Insurance Company
John Griffin
John L. Sutack
Jerry Robinson
10451 Gulf Boulevard
Treasure Island, FL 33706
(727) 367-6700

Persons with knowledge of fact.

(B)

See attached certified copy of the policy.

(C)

Plaintiff contend that it is entitled to recover reasonable attorney's fees made necessary for the prosecution of the declaratory judgment action based on the sum of $125.00 per hour.

-2-

(D) The insurance agreement made the subject matter of the declaratory judgment action is produced with these disclosures.

(2) *Disclosure of expert Testimony*

    (A) George T. Jackson
        Burck, Lapidus & Lanza, P.C.
        5177 Richmond Avenue, Suite 800
        Houston, Texas 77056
        (713) 400-6000

Mr. Jackson will testify that $125.00 is a reasonable and necessary hourly rate for prosecuting this declaratory judgment action on behalf of T.H.E. Insurance Company. The amount of hours required at this time is unknown, but will be provided to counsel for Defendants pursuant to the rules and prior to time of trial. Redacted monthly time slips and billings are available for inspection and copying by counsel for Defendants. All privileged communication contained in such billing will be redacted prior to production.

Respectfully submitted,

BURCK, LAPIDUS & LANZA, P.C.

By: _____
GEORGE T. JACKSON
TBA # 10466950
FBN: 15072
ATTORNEY IN CHARGE
H. MARK BURCK
TBA # 03362700
5177 Richmond, Suite 850
Houston, Texas 77056
(713) 400-6000
(713) 622-8054 (Fax)

ATTORNEY FOR PLAINTIFF,
T.H.E. INSURANCE COMPANY

-3-