# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Erik Hansen

**U. S. C. S. O.:**

**U. S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

JUN 0 8 2000

MICHAEL N. MILBY
CLERK

24.

**DATE:** June 8, 2000     **OPEN:** 3:10     **ADJOURN:** 3:40

**TAPE:** #5, 7

**CIVIL ACTION NUMBER:** C-00-23

T.H.E. Insurance Company

**COUNSEL:** George T. Jackson

VS.

Wagner's Carnival, et al.

**COUNSEL:** Claude (Skip) Henkel

Charlotte Salter

(√) Telephone Conference: Case called. Appearances are made. Discussion of discovery dispute. Plaintiffs want to depose the plaintiff in underlying lawsuit in state court. Defendant, Wagner's Carnival is opposed. Court denies defendant's motion to quash the deposition. Adjourned.