```
                                              U. S. District Court
                                              Southern District of Texas
                                                     FILED
       IN THE UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF TEXAS           JUN 3 0 2000
              CORPUS CHRISTI DIVISION
                                               Michael N. Milby, Clerk
```

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY, | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | NO. C-00-023 |
| | § | |
| | § | |
| WAGNER'S CARNIVAL, | § | |
| ALBERT WAYNE WAGNER, | § | |
| DENISE HALEY WAGNER | § | |
| INDIVIDUALLY AND D/B/A WAGNER'S | § | JURY TRIAL DEMANDED |
| CARNIVAL AND JASON WAGNER, | § | |
| DEFENDANTS | § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE
## SECOND AMENDED ORIGINAL COMPLAINT

TO THE COURT:

T.H.E. INSURANCE COMPANY ("T.H.E."), Plaintiff, files this unopposed motion for leave to file a Second Amended Original Complaint. In support of its unopposed motion to file a Second Amended Original Complaint, T.H.E. would show the Court as follows:

### BACKGROUND

1.  During the course of disclosures in this case, T.H.E. received a third amended original petition filed in the underlying lawsuit which forms the basis of the instant declaratory judgment action. As a consequence, T.H.E. now moves this court to allow T.H.E. to file a Second Amended Original Complaint. T.H.E. makes this motion not for purposes of delay, but so that justice may be accomplished. Fed. R. Civ. P. 15(a).

2.  Counsel for T.H.E. conferred with counsel for Defendants, and counsel for Defendants is not opposed to this Motion for Leave or to the filing of the Second Amended Original Complaint.

25.

## PRAYER

3. T.H.E. prays that this court grant leave to T.H.E. to file its Second Amended Original Complaint, filed concurrently with this motion. T.H.E. further prays for any other relief, general or special, at law or in equity, to which it may show itself entitled.

Respectfully submitted,

BURCK, LAPIDUS & LANZA, P.C.

By: _____
GEORGE T. JACKSON
TBA # 10466950
ATTORNEY IN CHARGE
H. MARK BURCK
TBA # 03362700
5177 Richmond, Suite 850
Houston, Texas 77056
(713) 400-6000
(713) 622-8054 (Fax)

ATTORNEY FOR PLAINTIFF,
T.H.E. INSURANCE COMPANY

## CERTIFICATE OF CONFERENCE

I certify that on June 29, 2000, I conferred with opposing counsel, and they are not opposed to the filing of the Motion for Leave or to the filing of the Second Amended Original Complaint.

_____
GEORGE T. JACKSON

## CERTIFICATE OF SERVICE

I certify that on June 29, 2000, I forwarded a true and correct copy of the attached document to all counsel of record as indicated below by certified mail, return receipt requested, or facsimile transmission or hand delivery.

_____
GEORGE T. JACKSON

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY, <br> PLAINTIFF | § § § § | |
| VS. | § § § | NO. C-00-023 |
| WAGNER'S CARNIVAL, <br> ALBERT WAYNE WAGNER, <br> DENISE HALEY WAGNER <br> INDIVIDUALLY AND D/B/A WAGNER'S <br> CARNIVAL AND JASON WAGNER, <br> DEFENDANTS | § § § § § § | JURY TRIAL DEMANDED |

## ORDER GRANTING LEAVE TO FILE SECOND AMENDED ORIGINAL COMPLAINT AND ANSWER TO COUNTERCLAIM

On _____, 2000, the court considered the Unopposed Motion for Leave to File the Second Amended Original Complaint filed by Plaintiff, T.H.E. INSURANCE COMPANY. Having considered the motion, this court GRANTS the motion, and grants leave to T.H.E. INSURANCE COMPANY to file its Second Amended Original Complaint, which has been submitted concurrently with this Motion for Leave.

The court further ORDERS that the clerk of the court take all necessary steps to ensure that Plaintiff's Second Amended Original Complaint, which has been submitted concurrently with this Motion for Leave to File, is duly noted as filed in the records of this court.

Signed on _____, 2000.

_____
UNITED STATES DISTRICT COURT
JUDGE JANIS GRAHAM JACK

APPROVED AS TO FORM AND SUBSTANCE:

BURCK, LAPIDUS & LANZA, P.C.

BY:_____

George T. Jackson
TBA # 10466950
ATTORNEY IN CHARGE
H. Mark Burck
TBA # 03362700
5177 Richmond Ave., Suite 850
Houston, Texas 77056
(713) 400-6000 Telephone
(713) 622-8054 Fax

ATTORNEY FOR PLAINTIFF,
T.H.E. INSURANCE COMPANY