United States District Court
Southern District of Texas
ENTERED

JUL 1 0 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

T.H.E. Insurance Company              §                28.

VS.                                   §        CIVIL ACTION NO. C-00-23

Wagner's Carnival, et al.             §

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Plaintiff's Second Amended Original Complaint"  ;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. _x_ Pleading is not in compliance with LR11.3.A (1) thru (6) (No Southern District of Texas Bar Number LR11.3.A (4)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. _x_ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1.D)

6. ___ Separate proposed order not attached (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. _x_ Other: Pleading is not in compliance with Judge Janis Graham Jack's standing order (#4).

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 7-8-00
re: D.E. #26/dp

JUDGE PRESIDING