IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 19 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY, PLAINTIFF | § § § | |
| VS. | § § § | NO. C-00-023 |
| WAGNER'S CARNIVAL, ALBERT WAYNE WAGNER, DENISE HALEY WAGNER INDIVIDUALLY AND D/B/A WAGNER'S CARNIVAL AND JASON WAGNER, DEFENDANTS | § § § § § § | JURY TRIAL DEMANDED |

## MUTUAL NON-SUIT OF CLAIMS

TO THE COURT:

1. T.H.E. INSURANCE COMPANY, WAGNER'S CARNIVAL, ALBERT WAYNE WAGNER, INDIVIDUALLY and D/B/A WAGNER'S CARNIVAL, DENISE HALEY WAGNER, INDIVIDUALLY and D/B/A WAGNER'S CARNIVAL, and JASON WAGNER, INDIVIDUALLY and D/B/A WAGNER'S CARNIVAL, the parties to this cause, hereby file this as a notification to the court of the parties' desire to non-suit all claims and causes of action that currently exist between the parties.

2.

## PRAYER

2. The parties to this cause pray that the court execute the enclosed order of non-suit. The parties further pray for any other relief, general or special, to which they may show themselves entitled.

Respectfully submitted,

**BURCK, LAPIDUS & LANZA, P.C.**

By:_____
GEORGE T. JACKSON
TBA #: 10466950
FBN #: 15072
ATTORNEY IN CHARGE
H. MARK BURCK
TBA # 03362700
5177 Richmond, Suite 850
Houston, Texas 77056
(713) 400-6000
(713) 622-8054 (Fax)

ATTORNEY FOR PLAINTIFF
T.H.E. INSURANCE COMPANY


**FRITZ, BYRNE & HEAD**

By:_____
C.M. Skip Henkel, III
TBA# 09463000
FBN # 4400
500 N. Shoreline Road, Suite 800
Corpus Christi, Texas 78471
(361) 883-1500
(361) 888-9149 - (Fax)

COUNSEL FOR DEFENDANTS,
WAGNER'S CARNIVAL, ALBERT WAYNE WAGNER, DENISE HALEY WAGNER, INDIVIDUALLY AND D/B/A WAGNER'S CARNIVAL AND JASON WAGNER

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY, § | | |
| PLAINTIFF § | | |
| § | | |
| VS. § | NO. C-00-023 | |
| § | | |
| § | | |
| WAGNER'S CARNIVAL, § | | |
| ALBERT WAYNE WAGNER, § | | |
| DENISE HALEY WAGNER § | | |
| INDIVIDUALLY AND D/B/A WAGNER'S § | JURY TRIAL DEMANDED | |
| CARNIVAL AND JASON WAGNER, § | | |
| DEFENDANTS § | | |

## ORDER OF NON-SUIT

On _____, 2000, this court considered the Notice of Non-suit filed by T.H.E. INSURANCE COMPANY, WAGNER'S CARNIVAL ALBERT WAYNE WAGNER, INDIVIDUALLY and D/B/A WAGNER'S CARNIVAL, DENISE HALEY WAGNER, INDIVIDUALLY and D/B/A WAGNER'S CARNIVAL, and JASON WAGNER, INDIVIDUALLY and D/B/A WAGNER'S CARNIVAL. Having considered the request and notification, the court ORDERS that all causes of action that exist between the parties be and hereby are Non-suited and dismissed without prejudice to the refiling of same.

UNITED STATES DISTRICT COURT
JUDGE JANIS GRAHAM JACK

APPROVED AS TO FORM AND SUBSTANCE:

BURCK, LAPIDUS & LANZA, P.C.

By:_____
GEORGE T. JACKSON
TBA #: 10466950
FBN # 15072
ATTORNEY IN CHARGE
H. MARK BURCK
TBA # 03362700
5177 Richmond, Suite 850
Houston, Texas 77056
(713) 400-6000
(713) 622-8054 (Fax)

ATTORNEY FOR PLAINTIFF
T.H.E. INSURANCE COMPANY


FRITZ, BYRNE & HEAD

BY:_____
C.M. Skip Henkel, III
TBA# 09463000
FBN # 4400
500 N. Shoreline Road, Suite 800
Corpus Christi, Texas 78471
(361) 883-1500
(361) 888-9149 - (Fax)

COUNSEL FOR DEFENDANTS,
WAGNER'S CARNIVAL, ALBERT WAYNE WAGNER,
DENISE HALEY WAGNER, INDIVIDUALLY
AND D/B/A WAGNER'S CARNIVAL AND JASON WAGNER