IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 27 2000
30. Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| T.H.E. INSURANCE COMPANY, PLAINTIFF | § § § | |
| VS. | § § § | NO. C-00-023 |
| WAGNER'S CARNIVAL, ALBERT WAYNE WAGNER, DENISE HALEY WAGNER INDIVIDUALLY AND D/B/A WAGNER'S CARNIVAL AND JASON WAGNER, DEFENDANTS | § § § § § § § | JURY TRIAL DEMANDED |

## ORDER OF NON-SUIT

On ___7-25___, 2000, this court considered the Notice of Non-suit filed by T.H.E. INSURANCE COMPANY, WAGNER'S CARNIVAL ALBERT WAYNE WAGNER, INDIVIDUALLY and D/B/A WAGNER'S CARNIVAL, DENISE HALEY WAGNER, INDIVIDUALLY and D/B/A WAGNER'S CARNIVAL, and JASON WAGNER, INDIVIDUALLY and D/B/A WAGNER'S CARNIVAL. Having considered the request and notification, the court ORDERS that all causes of action that exist between the parties be and hereby are Non-suited and dismissed without prejudice to the refiling of same.

_____
UNITED STATES DISTRICT COURT
JUDGE JANIS GRAHAM JACK

APPROVED AS TO FORM AND SUBSTANCE:

BURCK, LAPIDUS & LANZA, P.C.

By: _____
GEORGE T. JACKSON
TBA #: 10466950
FBN # 15072
ATTORNEY IN CHARGE
H. MARK BURCK
TBA # 03362700
5177 Richmond, Suite 850
Houston, Texas 77056
(713) 400-6000
(713) 622-8054 (Fax)

ATTORNEY FOR PLAINTIFF
T.H.E. INSURANCE COMPANY


FRITZ, BYRNE & HEAD

By: _____
C.M. Skip Henkel, III
TBA# 09463000
FBN # 4400
500 N. Shoreline Road, Suite 800
Corpus Christi, Texas 78471
(361) 883-1500
(361) 888-9149 - (Fax)

COUNSEL FOR DEFENDANTS,
WAGNER'S CARNIVAL, ALBERT WAYNE WAGNER,
DENISE HALEY WAGNER, INDIVIDUALLY
AND D/B/A WAGNER'S CARNIVAL AND JASON WAGNER